UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOSE ENRIQUEZ, on behalf of himself, individually,
and all similarly situated employees,

                                     Plaintiff,

              -against-

LOU TAGE INC. d/b/a ROBKE'S COUNTRY INN,
LOUIS SELVAGGIO and LOUIS SELVAGGIO, JR.,

                                Defendants.
-------------------------------------------------------------------X

Docket No: 21-cv-03023
(JMA) (SIL)

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT
## PURSUANT TO FED. R. CIV. P. 68

      PLEASE TAKE NOTICE that Plaintiff JOSE ENRIQUEZ, by and through his attorneys, the Law Office of Peter A. Romero PLLC, hereby accept Defendants' offer to allow entry of judgment to be taken against them pursuant to Fed. R. Civ. P. 68 in the amount of Fifty Thousand Dollars and Zero Cents ($50,000.00), inclusive of liquidated damages, statutory damages, penalties, compensatory damages, punitive damages, for the full and complete satisfaction of any claims under the Fair Labor Standards Act only. A true copy of the offer of judgment is annexed hereto as Exhibit A.

Dated: Hauppauge, New York
            February 13, 2023

                                        LAW OFFICE OF PETER A. ROMERO PLLC
                                        *Attorneys for Plaintiff and Certified Class*
                                        490 Wheeler Road, Suite 250
                                        Hauppauge, New York 11788
                                        Tel.: (631) 257-5588

                        By:   _____
                                        DAVID D. BARNHORN, ESQ.
                                        PETER A. ROMERO, ESQ.

## AFFIRMATION OF SERVICE

  I, David D. Barnhorn, Esq., hereby certify that on this date, February 13, 2023, a true and correct copy of the foregoing *Notice of Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68* was served via First Class Mail and Electronic Mail on the following:

Douglas E. Rowe, Esq.
Certilman Balin Adler & Hyman LLP
90 Merrick Avenue
East Meadow, New York 11554
Email: drowe@certilmanbalin.com

       By: *David Barnhorn*

          DAVID D. BARNHORN, ESQ.