**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
JOSE ENRIQUEZ,

                Plaintiff,

  - against -                                      **JUDGMENT**
                                                                CV 21-3023 (JMA) (SIL)

LOU TAGE INC., d/b/a ROBKE'S COUNTRY
INN, LOUIS SELVAGGIOA and LOUIS
SELVAGGIOA, JR.,

                Defendants.
---------------------------------------------------------------X

     A Notice of Acceptance of Offer of Judgment having been filed by Plaintiff on February 13, 2023, accepting Defendants' February 13, 2023 offer to allow judgment against them by Plaintiff in the amount of $50,000.00, inclusive of any damages (including liquidated damages, statutory damages, penalties, compensatory damages, punitive damages) and other losses, interest, costs, expenses , and attorneys' fees, under the Fair Labor Standards Act ("FLSA") only, it is

     **ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Jose Enriquez against Defendants Lou Tage, Inc., Louis Selvaggio, and Louis Selvaggio, Jr., jointly and severally, in the amount of $50,000.00, inclusive of any damages (including liquidated damages, statutory damages, penalties, compensatory damages, punitive damages), and other losses, interest, costs, expenses , and attorneys' fees, under the FLSA only; and that this case is closed.

Dated:  February 13, 2023
          Central Islip, New York

                                                                      BRENNA B. MAHONEY
                                                                      CLERK OF COURT
                                                      By:    /s/ James J. Toritto
                                                                           Deputy Clerk